Submitted on record and appellant's brief June 11, reversed June 21, 1976

STATE OF OREGON, *Respondent,*
*v.*
CHARLES WILLIAM LaCROSS, *Appellant.*
(No. C 73-03-0904 Cr, CA 6009)

550 P2d 1239

Allen Reel, and Kennedy & King, Portland, filed the brief for appellant.

Lee Johnson, Attorney General, and W. Michael Gillette, Solicitor General, Salem, appeared for respondent.

Before Schwab, Chief Judge, and Langtry and Fort, Judges.

PER CURIAM.

The state concedes error. *State v. O'Neal,* 24 Or App 423, 545 P2d 910 (1976).

Reversed.